IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL RYAN CURRY,

    Plaintiff,

v.

SGT. REED TREFZ, CAPTAIN DAVID
GARDNER and PETER HUIBREGTSE,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-223-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying plaintiff leave to proceed against Peter Huibregtse; and

    (2) granting summary judgment in favor of Sgt. Reed Trefz and Captain David Gardner and dismissing this case.

_____      9/12/2012
Peter Oppeneer, Clerk of Court            Date